# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REVOLAZE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>J. C. PENNEY COMPANY, INC.,<br>J. C. PENNEY CORPORATION, INC.,<br>and<br>J. C. PENNEY PURCHASING<br>CORPORATION,<br><br>    Defendants. | Civil Action No. 2:19-cv-00043-JRG<br><br><br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action is voluntarily dismissed without prejudice against only defendant J. C. PENNEY COMPANY, INC., with each side to bear its own costs and fees.

Dated: October 1, 2019

| *Attorneys for Defendants J. C. Penney Company, Inc., J. C. Penney Corporation, Inc., and J. C. Penney Purchasing Corporation*<br><br>*/s/ Taniel Anderson*<br>Michael E. Jones<br>State Bar No. 10929400 | *Attorneys for Plaintiff RevoLaze LLC*<br><br><br><br>/s/ *Alexander Debski*<br>C. Graham Gerst<br>IL Bar # 6200898 |

| | |
|---|---|
| POTTER MINTON P.C.<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas  75702<br>Tel:  (903) 597-8311<br>Fax:  (903) 593-0846<br>mikejones@potterminton.com<br><br>ARENT FOX LLP<br>Janine A. Carlan<br>Taniel E. Anderson (*Pro Hac Vice*)<br>Jasjit S. Vidwan (*Pro Hac Vice*)<br>1717 K Street, NW<br>Washington, DC 20006-5344<br>Tel: (202) 857-6000<br>janine.carlan@arentfox.com<br>taniel.anderson@arentfox.com<br>jasjit.vidwan@arentfox.com | ggerst@giplg.com<br>Alexander Debski<br>IL Bar # 6305715<br>adebski@giplg.com<br>Meagan Leslie<br>IL Bar # 6327229<br>mleslie@giplg.com<br>Global IP Law Group, LLC<br>55 West Monroe Street Suite 3400<br>Chicago, IL 60603<br>T: (312) 241-1500<br>F: (312) 241-1522<br><br>Melissa Smith<br>melissa@gillamsmithlaw.com<br>Gillam & Smith<br>303 South Washington Ave<br>Marshall, TX 75670<br>T: (903) 934 – 8450<br>F: (903) 934 - 9257 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, the foregoing was electronically filed with the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Alexander Debski*

***Attorney for Plaintiff RevoLaze LLC***