## Exhibit A: Joint Claim Construction Chart

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| 1 | "controlled" / "controllable" / "controlling" / "controller" / "control" / "controls"<br><br>'444 patent claims 1, 21, 46, 72<br><br>'602 patent claim 99<br><br>'196 patent claims 11, 13, 14, 16<br><br>'505 patent claims 1, 49<br><br>'972 patent claim 92 | No construction necessary.<br><br>If construed, "control" means "command, manage, regulate, or guide".<br><br>If construed, "controlled" means "commanded, managed, regulated, or guided".<br><br>If construed, "controlling" means "commanding, managing, regulating, or guiding".<br><br>If construed, "controllable" means "able to be controlled".<br><br>If construed, "controller" means "regulating mechanism".<br><br>Intrinsic Evidence<br><br>'444 Patent Specification, including at least '444 Pat., Figs. 34, 35; Abstract; 2:1-16; 2:35-56; 3:24-44; 4:62-67; 5:39-56; 6:5-27; 7:7-25; 11:9-12; 13:52-53; 16:16-40; 16:59-17:13; 17:37-40; 18:5-8; 18:31-59; 20:49-55; 22:50-62; 23:1-21; 24:33-37; 24:44-25:9; 26:8-25; 27:7-12; 27:51-57; 28:13-58; 31:45-54; 33:8-36:13.<br><br>'602 Patent Specification, including at least Fig. 10-11; 1:30-49; 1:66-2:20;3:33-67; 4:1-67; 5:1-26; 5:39-48; 6:9-67; 7:1-25; 7:63-8:16; 8:23-29; 8:46-54; 9:45-10:2; 10:50-55; 11-110; | "adjusting operating parameters during scribing, which influence energy density per unit time"<br><br>Intrinsic Evidence<br>'444 Patent at 2:1–9, 2:46–55, 13:50–53, 20:50–53, 28:21–30.<br><br>*See also* 03-26-1998 Office Action (JCP-REV00006438-JCP-REV00006444); 07-23-1998 Office Action (JCP-REV00006449-JCP-REV00006453); 01-20-1999 Applicant Amendment and Remarks (JCP-REV00006455-6497); 01-27-1999 Examiner Interview (JCP-REV00006511); 03-18-1999 Applicant Amendment and Remarks (JCP-REV00006512-JCP-REV00006539); 04-12-1999 Office Action (JCP-REV00006532-JCP-REV00006538); 05-06-1999 Notice of Allowability (JCP-REV00006541-JCP-REV00006544).<br><br>'602 Patent at 1:52-55, 3:37-39.<br><br>'505 Patent at 1:32-35, 2:30-35, 4:11-33.<br><br>'972 Patent at 3:1-9, 4:15-23. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | 11:18-47; 12:31-36; 13:32-49; 23:30-44.<br><br>'196 Patent Specification, including at least '196 Pat., Figs. 34, 35; Abstract; 2:1-16; 2:35-56; 3:24-44; 4:62-67; 5:39-56; 6:5-27; 7:12-8:2; 11:8-12; 1417-18; 16:34-50; 17:4-27; 17:46-67; 18:5-19:4; 19:18-28; 19:39-45; 21:34-49; 23:40-64; 25:24-46; 25:51-64; 26:4-16; 27:15-30; 28:13-25; 28:58-64; 29: 19-64; 32:58-67; 34:28-37:32.<br><br>'505 Patent Specification, including at least Figs. 1-19, 33-35; 1:32-41; 2:10-20; 2:27-67; 3:1-61; 4:1-10:35<br><br>'972 Patent Specification, including at least Figs. 1-14; 3:40-53; 3:66-4:7; 4:34-5:3; 4:23-36; 6:20-67; 7:23-65; 8:15-45; 9:6-18; 9:26-66; 10:1-65; 11:19-43; 13:25-36.<br><br>Patent claims of the '444, including at least claims 1, 2, 4, 5, 6, 13, 17, 19, 20, 21, 22, 23, 26, 32, 40, 41, 42, 44, 46, 47, 48, 49, 55, 56, 60, 61, 62, 63, 67, 68, 72.<br><br>Patent claims of the '602, including at least claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 26, 27, 28, 30, 31, 32, 33, 34, 35, 37, 38, 39, 42, 46, 49, 53, 54, 57, 58, 59, 60, 61, 63, 65, 68, 69, 70, 71, 77, 78, 79, 86, 93, 99, 104, 117, 118, 128, 129, 131, 135, 146.<br><br>Patent claims of the '196, including at least claims 1, 2, 3, 5, 6, 10, 11, 12, 13, 14, 15, 16.<br><br>Patent claims of the '505, including at least claims 1, 14, 49, 52, 68, 99, 103, 105, 109, 110, 111, 112, 113, 114. | |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | Patent claims of the '972, including at least claims 1, 11, 12, 14, 20, 27, 34, 44, 45, 53, 54, 58, 64, 65, 66, 68, 71, 73, 78, 79, 90, 92.<br><br>'444 File History (REV0000468-838), including at least: 03/26/1998 Office Action (REV0000694-699); 07/23/1998 Office Action (REV0000678-684); 01/20/1999 Applicant Amendment and Remarks (REV0000582-676); 01/27/1999 Examiner Interview (REV0000564-578); 03/18/1999 Applicant Amendment and Remarks (REV0000564-578); 04/12/1999 Office Action (REV0000538-545); 05/06/1999 Notice of Allowability (REV0000527-534).<br><br>'196 File History (REV0001146-1432), including at least: 04/26/2000 Office Action (REV0001260-1264); 07/18/2000 Applicant Amendment and Remarks (REV0001250-1254); 09/22/2000 Office Action (REV0001243-1245); 12/20/2000 Applicant Amendment and Remarks (REV0001237-1240).<br><br>'505 File History (REV0001433-1663), including at least: 05/22/2002 Office Action (REV1519-1521); 09/11/2002 Office Action (REV0001510-1512); 01/09/2003 Amendment (REV0001472-1505).<br><br>'602 File History (REV0000868-1145), including at least: 03/01/2000 Notice of Allowance (REV0000898-99); 01/20/2000 Applicant Amendment and Remarks (REV0000904-06); 11/21/1999 Office Action (REV0000908-10); 09/27/1999 Applicant Amendment and Remarks | |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | (REV0000912-17); 04/26/1999 Office Action (REV0000919-20); 10/30/1998 Applicant Amendment and Remarks (REV0000925-53); 09/25/1998 Office Action (REV0000956-66); 04/29/1997Applicant Amendment and Remarks (REV0000992-1075).<br><br>'972 File History (REV0001664-2059), including at least: Notice of Allowance (REV0001716-21); 04/20/2004 Applicant Amendment and Remarks (REV0001731-32); 04/05/2004 Office Action (REV0001734-38); 08/21/2003 Notice of Allowability (REV0001785-87); 04/21/2003 Office Action (REV0001826-29).<br><br>Extrinsic Evidence<br><br>Webster's Third New International Dictionary (1986).<br><br>Random House Webster's College Dictionary, Second Edition (1997) (first edition was published in 1991 with subsequent revisions in 1992, 1995, and 1996).<br><br>Miriam Webster's Collegiate Dictionary. Tenth Edition (1999).<br><br>Webster's New World Dictionary and Thesaurus, Second Edition (2002). | |
| 2 | "in a way to prevent undesired carbonization, melting or burn through" / "in a way that prevents undesired carbonization, melting or | No construction necessary.<br><br>If construed, "undesired carbonization, melting or burn | Indefinite<br><br>Intrinsic Evidence |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | burn through of the material" / "which avoids undesired carbonization, melting or burn-through" / "which does not cause undesired carbonization, melting or vaporization for said material" / "without undesirable burning, melting-through or carbonizing the material" / "without undesirable burning, melting-through or carbonizing the material"<br><br>'444 patent claims 1, 21, 33, 46, 69, 72 | through" means "carbonization, melting or burn through that the user or operator wished or hoped to avoid"<br><br>If construed, "undesired carbonization, melting or vaporization for said material" means "carbonization, melting or vaporization for said material that the user or operator wished or hoped to avoid"<br><br>If construed, "burning, melting-through or carbonizing the material" means "burning, melting-through or carbonizing the material that the user or operator wished or hoped to avoid"<br><br>Intrinsic Evidence<br><br>'444 Patent Specification, including at least '444 Pat., Fig. 2, 7-33; Table 4, 6-7; Abstract; 1:11-24; 1:44-54; 1:65-2-67; 3:1-24; 6:10-22; 7:7-25; 8:19-25; 9:57-61; 11:1-26; 13:50-67; 15:1-18:18; 18:43-22:25; 22:50-25:9; 26:26-27:19; 27:26-37; 27:45-65; 28:12-35; 29:48-59; 30:26-44; 31:26-36; 31:45-54; 33:60-36:14.<br><br>Patent claims of the '444, including at least claims 1, 2, 4, 21, 22, 23, 26, 32, 33, 41, 46, 49, 60, 63, 67, 68, 69.<br><br>'444 File History (REV0000468-838), including at least: 03/26/1998 Office Action (REV0000694-699); 07/23/1998 Office Action (REV0000678-684); 01/20/1999 Applicant Amendment and Remarks (REV0000582-676); 01/27/1999 Examiner Interview (REV0000564-578); 03/18/1999 Applicant Amendment and Remarks (REV0000564-578); | '444 Patent at Abstract, 1:65–2:15, 2:19–25, 11:1–7, 13:56–67, 15:4–44, 17:53–18:17, 19:46–67, 20:64–21:12, 26:60–27:12, 27:37–57, 31:45–54, 31:57–32:7.<br><br>Extrinsic Evidence<br><br>Dr. Christine Cole's expert report served contemporaneously. |

5

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | 04/12/1999 Office Action (REV0000538-545); 05/06/1999 Notice of Allowability (REV0000527-534).<br><br>Extrinsic Evidence<br><br>Webster's Third New International Dictionary (1986).<br><br>Miriam Webster's Collegiate Dictionary. Tenth Edition (1999).<br><br>Webster's New World Dictionary and Thesaurus, Second Edition (2002).<br><br>US Pat. 3,626,143 (KDS00006685-6689)<br>US Pat. 4,024,545 (KDS00006847-6875)<br>US Pat. 4,629,858 (KDS00007041-7046)<br>US Pat. 4,861,620 (KDS00007116-7123)<br>US Pat. 5,567,207 (KDS00007217-7223)<br><br>Deposition of Dr. Cole in *RevoLaze v. Kohl's Department Stores,* Case No. 1:18-cv-00921 (N. D. Ohio) (REV0052061-177) | |
| 3 | "obtaining an indication of the desired pattern" / "obtaining an indication of a desired pattern" / "defining a desired pattern"./ "indicating a desired pattern" / "indicating the desired pattern"  / "form a desired pattern"<br><br>'444 patent claim 46 | No construction necessary.<br><br>If construed, "desired pattern" means "the pattern the user or operator wished for or hoped for"<br><br>Intrinsic Evidence | Indefinite<br><br>Intrinsic Evidence<br>'444 Patent at 26:53–59.<br><br>*See also* 03-26-1998 Office Action (JCP-REV00006438-JCP-REV00006444); 07-23-1998 Office Action (JCP- |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | '196 patent claims 11, 13, 16<br><br>'972 patent claim 56<br><br>'602 patent claims 99, 120, 141 | '444 Patent Specification, including at least '444 Pat., Fig. 2, 7-33; Table 4, 6-7; Abstract; 1:11-24; 1:44-54; 1:65-2:67; 3:1-24; 6:10-22; 7:7-25; 8:19-25; 9:57-61; 11:1-26; 13:50-67; 15:1-18:18; 18:43-22:25; 22:50-25:9; 26:26-27:19; 27:26-37; 27:45-65; 28:12-35; 29:48-59; 30:26-44; 31:26-36; 31:45-54; 33:60-36:14.<br><br>'196 Patent Specification, including at least '196 Pat., Fig. 2, 7-33; Table 4, 6-7; Abstract; 1:11-24; 1:44-54; 1:65-2:67; 3:1-24; 4:53-58; 6:10-22; 7:20-24; 8:22-28; 9:57-61; 11:1-26; 14:15-31; 15:30-18:18; 18:43-22:25; 22:50-25:20; 25:24-27:30; 27:65-28:64; 29:28-59; 30:30-65; 31:25-51; 32:40-67; 33:3-20; 34:14-37:33.<br><br>'972 Patent Specification, including at least Figs. 3-12; 5:33-6:16; 9:6-40; 13:11-36.<br><br>Patent claims of the '444, including at least claims 1, 2, 19, 21, 22, 26, 32, 33, 40, 41, 46, 49, 55, 58, 59, 60, 61, 63, 67.<br><br>Patent claims of the '196, including at least claims 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16.<br><br>Patent claims of the '972, including at least claims 44, 48, 56, 58, 67, 72.<br><br>'444 File History (REV0000468-838), including at least: 03/26/1998 Office Action (REV0000694-699); 07/23/1998 Office Action (REV0000678-684); 01/20/1999 Applicant Amendment and Remarks (REV0000582-676); 01/27/1999 | REV00006449-JCP-REV00006453); 01-20-1999 Applicant Amendment and Remarks (JCP-REV00006455-6497); 01-27-1999 Examiner Interview (JCP-REV00006511); 03-18-1999 Applicant Amendment and Remarks (JCP-REV00006512-JCP-REV00006539); 04-12-1999 Office Action (JCP-REV00006532-JCP-REV00006538); 05-06-1999 Notice of Allowability (JCP-REV00006541-JCP-REV00006544).<br><br>'196 Patent at 27:59–65.<br><br>*See also* 04-26-2000 Office Action (JCP-REV00007124-JCP-REV00007127); 07-18-2000 Applicant Amendment and Remarks (JCP-REV00007129-JCP-REV00007140); 09-22-2000 Office Action(JCP-REV00007141-JCP-REV00007144); 12-20-2000 Applicant Amendment and Remarks (JCP-REV00007145-JCP-REV00007149).<br><br>'972 Patent at Abstract, Figs. 3-12, 3:19–20, 9:19–11:18, cl. 56.<br><br>'602 Patent at 1:13-15, 21-22.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | Examiner Interview (REV0000564-578); 03/18/1999 Applicant Amendment and Remarks (REV0000564-578); 04/12/1999 Office Action (REV0000538-545); 05/06/1999 Notice of Allowability (REV0000527-534).<br><br>'196 File History (REV0001146-1432), including at least: 04/26/2000 Office Action (REV0001260-1264); 07/18/2000 Applicant Amendment and Remarks (REV0001250-1254); 09/22/2000 Office Action (REV0001243-1245); 12/20/2000 Applicant Amendment and Remarks (REV0001237-1240).<br><br>'972 File History (REV0001664-2059), including at least: Notice of Allowance (REV0001716-21); 04/20/2004 Applicant Amendment and Remarks (REV0001731-32); 04/05/2004 Office Action (REV0001734-38); 08/21/2003 Notice of Allowability (REV0001785-87); 04/21/2003 Office Action (REV0001826-29).<br><br>Extrinsic Evidence<br><br>Webster's Third New International Dictionary (1986).<br><br>Miriam Webster's Collegiate Dictionary. Tenth Edition (1999).<br><br>Webster's New World Dictionary and Thesaurus, Second Edition (2002).<br><br>US Pat. 3,626,143 (KDS00006685-6689)<br>US Pat. 4,024,545 (KDS00006847-6875) | |

8

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | US Pat. 4,629,858 (KDS00007041-7046)<br>US Pat. 4,861,620 (KDS00007116-7123)<br>US Pat. 5,567,207 (KDS00007217-7223)<br><br>Deposition of Dr. Cole in *RevoLaze v. Kohl's Department Stores,* Case No. 1:18-cv-00921 (N. D. Ohio) (REV0052061-177) | |
| 4 | "to avoid overetching of the material"<br><br>'196 patent claims 11, 13, 16 | No construction necessary.<br><br>If construed, "overetching" means "creating a hole in the material".<br><br>Intrinsic Evidence<br><br>'196 Patent Specification, including at least '196 Pat., Figs. 32-43; 1:43-55; 4:54-58; 5:65-6:13; 7:11-18; 15:59-66; 25:50-26:1; 27:25-37; 28:32-43; 32:57-67; 34:14-37:32.<br><br>Patent claims of the '196, including at least claims 11, 13, 16.<br><br>'196 File History (REV0001146-1432), including at least: 04/26/2000 Office Action (REV0001260-1264); 07/18/2000 Applicant Amendment and Remarks (REV0001250-1254); 09/22/2000 Office Action (REV0001243-1245); 12/20/2000 Applicant Amendment and Remarks (REV0001237-1240).<br><br>Extrinsic Evidence<br><br>Deposition of Dr. Cole in *RevoLaze v. Kohl's Department* | Indefinite.<br><br>Intrinsic Evidence<br>'196 Patent at Abstract, 1:65–2:16, 2:20–25, 11:1–7, 14:20–31, 15:32–16:33, 18:5–38, 20:35–58, 21:57–22:5, 25:24–46, 27:66–28:25, 28:45–58, 29:28–42, 32:40–67, Tables 4, 7, 8, 11, 12.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | *Stores,* Case No. 1:18-cv-00921 (N. D. Ohio) (REV0052061-177) | |
| 5 | "carrying out a mathematical operation based on said parameters to form values which are individualized for each of a plurality of areas"<br><br>'505 patent claims 1, 49 | No construction necessary.<br><br>If construed, "mathematical operation" means "mathematical function or process".<br><br>Intrinsic Evidence<br><br>'505 Patent Specification, including at least '505 Pat., Figs. 1-19 and 33-35; Abstract; 1:18-42; 1:54-55; 2:9-67; 3:1-30; 3:43-58; 4:1-48; 5:4-6:61; 7:65-8:12; 8:32-9:55.<br><br>Patent claims of the '505, including at least claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 13, 15, 17, 18, 19, 20, 24, 37, 38, 39, 40, 49, 52, 54, 55, 56, 57, 58, 61, 63, 64, 66, 67, 76, 77, 78, 81, 90, 91, 99, 100, 101, 102, 104, 105, 106, 107, 108, 109, 111, 113.<br><br>'505 File History (REV0001433-1663), including at least: 05/22/2002 Office Action (REV1519-1521); 09/11/2002 Office Action (REV0001510-1512); 01/09/2003 Amendment (REV0001472-1505).<br><br>Extrinsic Evidence<br><br>Random House Webster's College Dictionary, Second Edition (1997) (first edition was published in 1991 with subsequent revisions in 1992, 1995, and 1996). | Indefinite.<br><br>Intrinsic Evidence<br>'505 Patent at Abstract, 2:36–42, 4:1–48, 4:66–6:32, 6:41–61.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
|  |  | Deposition of Dr. Cole in *RevoLaze v. Kohl's Department Stores,* Case No. 1:18-cv-00921 (N. D. Ohio) (REV0052061-177) |  |
| 6 | "special operational parameters"<br><br>'602 patent claims 120, 141 | No construction necessary.<br><br>If construed, "special" means "having a specific or particular function".<br><br>Intrinsic Evidence<br><br>At least '602 Patent., 2:13-14; 4:1-39; 4:52-5:18; 6:45-61; 7:1-28.<br><br>Patent claims of the '602, including at least claims 120, 126, 127, 141, 151.<br><br>'602 File History (REV0000868-1145), including at least: 03/01/2000 Notice of Allowance (REV0000898-99); 01/20/2000 Applicant Amendment and Remarks (REV0000904-06); 11/21/1999 Office Action (REV0000908-10); 09/27/1999 Applicant Amendment and Remarks (REV0000912-17); 04/26/1999 Office Action (REV0000919-20); 10/30/1998 Applicant Amendment and Remarks (REV0000925-53); 09/25/1998 Office Action (REV0000956-66); 04/29/1997Applicant Amendment and Remarks (REV0000992-1075).<br><br>Extrinsic Evidence | Indefinite.<br><br>Intrinsic Evidence<br>'602 Patent at 2:11–20,3:45–4:51, 8:30–46, 9:1–15, 9:45–10:2, 11:18–46, Tables, 1, 2, 3.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
|  |  | Random House Webster's College Dictionary, Second Edition (1997) (first edition was published in 1991 with subsequent revisions in 1992, 1995, and 1996).<br><br>US Pat. 5,567,207 (KDS00007217-7223)<br>JP H10-102386 A (KDS00006170-6183) |  |
| 7 | "without undesired damage to the material" / "without undesirably damaging the material"<br><br>'602 patent claims 99, 120, 141 | No construction necessary.<br><br>If construed, "undesired damage" means "damage that the user or operator wished or hoped to avoid"<br><br>If construed, "undesirably damaging the material" means "causing damage to the material that the user or operator wished or hoped to avoid"<br><br>Intrinsic Evidence<br><br>At least '602 Patent, Fig. 10-11; 1:30-49; 1:66-2:20;3:33-67; 4:1-67; 5:1-26; 5:39-48; 6:9-67; 7:1-25; 7:63-8:16; 8:23-29; 8:46-54; 9:45-10:2; 10:50-55; 11-110; 11:18-47; 12:31-36; 13:32-49.<br><br>Patent claims of the '602, including at least claims 1, 26, 46, 50, 53, 54, 61, 69, 73, 74, 94, 99, 104, 112, 117, 120, 127, 128, 133, 141, 145, 146, 147, 151.<br><br>'602 File History (REV0000868-1145), including at least: 03/01/2000 Notice of Allowance (REV0000898-99); 01/20/2000 Applicant Amendment and Remarks | Indefinite.<br><br>Intrinsic Evidence<br>'602 Patent at 1:66–2:10, 3:33–67, 4:29–39, 4:40–50, 7:47–8:3, 8:30–46, 9:1–15, 9:45–10:2, 11:18–46, 13:32–36, Tables 1, 2, 3.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | (REV0000904-06); 11/21/1999 Office Action (REV0000908-10); 09/27/1999 Applicant Amendment and Remarks (REV0000912-17); 04/26/1999 Office Action (REV0000919-20); 10/30/1998 Applicant Amendment and Remarks (REV0000925-53); 09/25/1998 Office Action (REV0000956-66); 04/29/1997 Applicant Amendment and Remarks (REV0000992-1075).<br><br>Extrinsic Evidence<br><br>Webster's Third New International Dictionary (1986).<br><br>Miriam Webster's Collegiate Dictionary. Tenth Edition (1999).<br><br>Webster's New World Dictionary and Thesaurus, Second Edition (2002).<br><br>US Pat. 3,626,143 (KDS00006685-6689)<br>US Pat. 4,024,545 (KDS00006847-6875)<br>US Pat. 4,629,858 (KDS00007041-7046)<br>US Pat. 4,861,620 (KDS00007116-7123)<br>US Pat. 5,567,207 (KDS00007217-7223)<br><br>Deposition of Dr. Cole in *RevoLaze v. Kohl's Department Stores*, Case No. 1:18-cv-00921 (N. D. Ohio) (REV0052061-177) | |
| 8 | "color alterations" | No construction necessary. | Indefinite. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | '972 patent claim 56 | If construed, "alteration" means "change" or "modification".<br><br>Intrinsic Evidence<br><br>At least '972 Patent, Figs. 3-12; 2:46-49; 3:1-9; 5:32-36; 9:26-40; 10:49-65; 11:46-50; 12:42-49.<br><br>'972 File History (REV0001664-2059), including at least: Notice of Allowance (REV0001716-21); 04/20/2004 Applicant Amendment and Remarks (REV0001731-32); 04/05/2004 Office Action (REV0001734-38); 08/21/2003 Notice of Allowability (REV0001785-87); 04/21/2003 Office Action (REV0001826-29).<br><br>Extrinsic Evidence<br><br>Random House Webster's College Dictionary, Second Edition (1997) (first edition was published in 1991 with subsequent revisions in 1992, 1995, and 1996).<br><br>US Pat. 4,629,858 (KDS00007041-7046)<br>US Pat. 4,861,620 (KDS00007116-7123)<br>US Pat. 5,567,207 (KDS00007217-7223)<br><br>Deposition of Dr. Cole in *RevoLaze v. Kohl's Department Stores,* Case No. 1:18-cv-00921 (N. D. Ohio) (REV0052061-177) | Intrinsic Evidence<br>'972 patent, claim 56.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |
| 9 | "different levels of change" | No construction necessary. | Indefinite. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
|  | '972 patent claim 92 | If construed, "level" means "measure or degree of"<br><br>Intrinsic Evidence<br><br>At least '972 Patent, Figs. 6-8; Abstract; 2:46-49; 3:1-9; 3:40-65; 4:8-49; 4:62-5:14; 5:23-36; 5:53-58; 6:8-16; 7:10-15; 8:56-62; 10:49-65; 11:30-41; 13:63-14:6.<br><br>'972 File History (REV0001664-2059), including at least: Notice of Allowance (REV0001716-21); 04/20/2004 Applicant Amendment and Remarks (REV0001731-32); 04/05/2004 Office Action (REV0001734-38); 08/21/2003 Notice of Allowability (REV0001785-87); 04/21/2003 Office Action (REV0001826-29).<br><br>Extrinsic Evidence<br><br>Random House Webster's College Dictionary, Second Edition (1997) (first edition was published in 1991 with subsequent revisions in 1992, 1995, and 1996). | Intrinsic Evidence<br>'972 Patent claims 79, 83, 92<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |
| 10 | "special image"<br><br>'972 patent claim 92 | No construction necessary.<br><br>If construed, "special image" means "image for use in scribing".<br><br>Intrinsic Evidence<br><br>At least '972 Patent, Figs. 3-12; 3:66-4:7; 11:13-50 | Indefinite.<br><br>Intrinsic Evidence<br>'972 Patent at Abstract, Figs. 3-12, 3:19-20, 9:19-11:18.<br><br>Extrinsic Evidence<br>Dr. Christine Cole's expert report served contemporaneously. |

| No. | Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|---|
| | | '972 File History (REV0001664-2059), including at least: Notice of Allowance (REV0001716-21); 04/20/2004 Applicant Amendment and Remarks (REV0001731-32); 04/05/2004 Office Action (REV0001734-38); 08/21/2003 Notice of Allowability (REV0001785-87); 04/21/2003 Office Action (REV0001826-29). | |