IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **REVOLAZE LLC.,**<br><br>Plaintiff,<br><br>v.<br><br>**J.C. PENNEY CORPORATION, INC., AND J.C. PENNEY PURCHASING CORPORATION,**<br><br>Defendants. | Case No. 2:19-CV-00043-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendants J.C. Penney Corporation, Inc. and J.C. Penney Purchasing Corporation, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matters on behalf of said defendant.

Dated: December 3, 2019

Respectfully submitted,

*/s/ Alan M. Fisch*
Alan M. Fisch
*alan.fisch@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
+1.202.362.3600

*Attorney for J.C. Penney Corporation, Inc. and J.C. Penney Purchasing Corporation.*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Texas, Marshall Division, via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

By: */s/ Alan M. Fisch*
Alan M. Fisch
