**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| REVOLAZE LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00043-JRG |
| | § | |
| J.C. PENNEY CORPORATION, INC., J. C. | § | |
| PENNEY PURCHASING CORPORATION, | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| GLOBAL IP LAW GROUP, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-MC-00005-JRG |
| | § | |
| J.C. PENNEY CORPORATION, INC., J.C. | § | |
| PENNEY PURCHASING CORPORATION, | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

The Court held a hearing in the above-captioned matters on Thursday, April 23, 2020, regarding Global IP Law Group, LLC's ("Global IP") Emergency Motion for Protective Order (the "Motion for Protective Order") (Dkt. No. 135); Defendants J.C. Penney Corporation, Inc. and J.C. Penney Purchasing Corporation's (collectively, "JCP") Motion to Compel Plaintiff to Produce Documents Due to Waiver of Privilege (the "Motion to Compel") (Dkt. No. 134); and Global IP's Motion to Quash Subpoenas of Global IP Law Group, LLC (the "Motion to Quash") (Case No. 2:20-mc-00005-JRG, Dkt. No. 1). This Order memorializes the Court's ruling on the preceding motions as announced into the record and includes additional instructions to the parties. While this

Order summarizes the Court's rulings during the hearing, this Order in no way limits or constrains such rulings from the bench. Accordingly, it is hereby **ORDERED** as follows:

The Motion to Compel (Dkt. No. 134) was **GRANTED-IN-PART** and **DENIED-IN-PART**. The Court **ORDERED** Plaintiff RevoLaze LLC ("RevoLaze") to produce any documents or materials that it produced in its malpractice suit against Dentons LLP (the "Malpractice Case"). The Court further **ORDERED** that RevoLaze generate a privilege log to the extent RevoLaze elects, based on privilege, not to produce something from the Malpractice Case. However, with regard to the materials that Dentons LLP produced in the Malpractice Case that are subject to the protective order in that case, the Court **ORDERED** the materials to be reviewed for privilege or confidentiality by RevoLaze's counsel in the Malpractice Case, the Patterson Law Group, with the cost of that process to be borne by JCP to the extent that JCP wishes to pursue production of such materials. The Court **DENIED** the Motion to Compel with respect to all materials produced in RevoLaze's ITC proceeding.

The Motion to Quash (Case No. 2:20-mc-0005-JRG, Dkt. No. 1) and the Motion for Protective Order (Dkt. No. 135) were **GRANTED.** The Court **ORDERED** JCP to pay the costs incurred by RevoLaze in pursuing the Motion for Protective Order in Illinois.

**So ORDERED and SIGNED this 27th day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE